IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ACTION MAILING CORPORATION D/B/A ACTION MAILING & PRINTING SOLUTIONS<br><br>    Plaintiff<br><br>v.<br><br>WILLIAM J. MCCARTHY, *et al*.<br><br>    Defendants | Case No. 1:19-cv-01404-AJT-MSN |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, Action Mailing Corporation ("Action Mailing"), and three of the Defendants, William J. McCarthy ("McCarthy"), William J. McCarthy & Associates, Inc. ("WJMA") and Americans Care, Inc. ("ACI") by counsel, and hereby move the Court to dismiss the above-styled action.

UPON CONSIDERATION of the representations of counsel and for other good cause shown, it is hereby ORDERED, that this case is dismissed, with prejudice, as to McCarthy, WJMA and ACI; and it is further

ORDERED, that this case is dismissed, without prejudice, as to Defendant State Department Watch Limited.

THIS CAUSE IS ENDED.

Entered this _____ day of _____, 2020.

_____
ANTHONY J. TRENGA
United States District Judge

We ask for this:

McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.

/s/ Aaron D. Neal

Aaron D. Neal – Bar No. 79692
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Tel.   301-441-2420
Fax    301-982-9450
aneal@mhlawyers.com
*Attorneys for Action Mailing*

We ask for this:

Harvey & Binnall, PLLC

/s/ Jesse R. Binnall (by ADN, with permission)

Jesse R. Binnall – Bar No. 79292
717 King Street, Suite 300
Alexandria, Virginia 22314
jbinnall@harveybinnall.com
*Attorneys for Americans Care Inc.*

We ask for this:

Kutak Rock LLP

David A. Warrington – Bar No. 72293
1625 Eye Street, N.W., Suite 800
Washington, DC 20006
david.warrington@kutakrock.com
*Attorneys for WJMA and McCarthy*